**Joint Systems & Hardware Solutions, LLC**

# INVOICE

1180 North Town Center Dr. Suite 100
Nevada, Las Vegas 89144
Phone: 832-459-2155

INVOICE # ANDERSON AFB 001
DATE: 04/27/2018

**TO:**
Sumaria Systems Inc.
99 Rosewood Dr.
Suite 140
Danvers, MA 01923-1381
978-739-4200

**COMMENTS OR SPECIAL INSTRUCTIONS:**
Please remit payment to South Star Capitol As per payment directives.

| P.O. NUMBER | PROJECT NUMBER | LOCATION | TERMS |
|---|---|---|---|
| 501853 | 640068 | Anderson AB | SUBK |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | CLIN 0100 AFNET INSTALLATION MATERIALS) | $14,167.37 | $14,167.37 |
| 1 | CLIN 0101 AFNET INSTALLATION LABOR | $12,480.00 | $12,480.00 |
| 1 | CLIN 0102 AFNET INSTALLATION ODC's | $703.30 | $703.30 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUBTOTAL | $27,350.67 |
| | | TAX TOTAL | 0.00 |
| | | TOTAL DUE | $27,350.67 |

If you have any questions concerning this invoice, please contact Jerraine Hall at 832-459-2155 or via email jhall@jointsystems.net


EXHIBIT 1